JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC LAVELLE WILLIAMS, ) | |
| ) | |
| Petitioner, ) | Case No. CV 15-2211-JFW(AJW) |
| ) | |
| v. ) | |
| ) | |
| WARDEN, ) | JUDGMENT |
| ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: April 14, 2015

_____
John F. Walter
United States District Judge